## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **BILLY RIFFE** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:24-cv-1807** |
| | § | |
| **ARSTRAT, LLC** | § | |

### DEFENDANT ARSTRAT, LLC'S CERTIFICATE OF INTERESTED PERSONS

Defendant Arstrat, LLC submits the following Certificate of Interested Persons:

A complete list of all persons, associations of person, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation (underlying the name of each corporation whose securities are publicly traded):

Billy Riffe
*Plaintiff*

Arstrat, LLC
*Defendant*

Defendant will amend and/or supplement in the event any additional interested parties are identified.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Jason R. Jobe*
    Jason R. Jobe
    State Bar No. 24043743
    E-Mail: jjobe@thompsoncoe.com
    Yesha P. Patel
    State Bar No. 24098228
    E-Mail: ypatel@thompsoncoe.com

Plaza of the Americas,
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-2832
Telephone: 214-871-8200
Telecopy: 214-871-8209

**ATTORNEYS FOR DEFENDANT
ARSTRAT, LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this motion was served on all parties of record in accordance with the Federal Rules of Civil Procedure on this the 11th day of June, 2024.

**Via Regular Mail:**
**Via ECF:**
Billy Riffe
501 Hillhurst Drive
Baytown, Texas 77521
RiffeBilly@yahoo.com

By: */s/ Jason R. Jobe*
    Jason R. Jobe